NATIONAL MORTGAGE CORPORATION et al., Respondents, *v.* JAMES R. DEERING, Appellant.

Argued January 11, 1943; decided February 25, 1943.

*James R. Deering,* appellant, in person.

*Edward J. McGratty, Jr.,* and *Ralph M. Carson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.